EAST BATON ROUGE PARISH
Filed Feb 23, 2026 8:46 AM
Deputy Clerk of Court
E-File Received Feb 20, 2026 10:59 AM

C-774568
22

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. _____                                      DIVISION _____

**AARON CHENEVERT**

VERSUS

**PSC GROUP LLC; STOLTHAVEN NEW ORLEANS, L.L.C.; and STOLT-NIELSEN USA INC.**

FILED: _____                    _____
                                                    DEPUTY CLERK

**PLAINTIFF'S ORIGINAL PETITION**

Plaintiff Aaron Chenevert files this Original Petition against PSC Group LLC, Stolthaven New Orleans, L.L.C., and Stolt-Nielsen USA, Inc. (collectively, the "Defendants"), and respectfully shows the Court as follows:

**I.**

**Nature of Action.**

1.      Plaintiff brings this civil action under the Federal Employers' Liability Act ("FELA"), 45 U.S.C. § 51, et seq., to recover damages for severe burn injuries sustained on or about February 24, 2025, while Plaintiff was performing rail-yard work at or near the Stolthaven New Orleans rail terminal, when his leg plunged into boiling hot water in a pump sump/drain. Plaintiff does not assert any causes of action under Louisiana state tort law.

**II.**

**Jurisdiction and Venue.**

1.      This Court has subject matter jurisdiction over this controversy under Article V, Section 16 of the Louisiana Constitution, which grants original jurisdiction of all civil matters to the district courts. Further, this Court has concurrent subject matter jurisdiction over this FELA claim under 45 U.S.C. § 56, which expressly provides that an action under FELA may be brought in a state court of competent jurisdiction. This is a civil action brought in a state court of competent jurisdiction under FELA. It is well established that a FELA claim brought in a state court of competent jurisdiction is *not removable* to any district court of the United States. *See* 28 U.S.C. § 1445(a); *Lirette v. N.L. Sperry Sun, Inc.*, 810 F.2d 533, 535 (5th Cir.).

*Colette Birks*

Certified True and
Correct Copy
CertID: 2026030300782

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/3/2026 3:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

2.      This Court has personal jurisdiction over Defendant PSC Group LLC because it is a non-Louisiana limited liability company authorized to do business in Louisiana, maintains its principal business establishment in Louisiana in East Baton Rouge Parish, and has continuously and systematically conducted business activities in this state.

3.      This Court has personal jurisdiction over Defendant Stolthaven New Orleans, L.L.C. because it is a Louisiana limited liability company domiciled in Louisiana, and has continuously and systematically conducted business activities in this state.

4.      This Court has personal jurisdiction over Defendant Stolt-Nielsen USA Inc. because it is a foreign corporation authorized to do business in Louisiana, maintains its principal business establishment in Louisiana in Plaquemines Parish, and has continuously and systematically conducted business activities in this state.

5.      Venue is proper in East Baton Rouge Parish under La. Code Civ. Proc. art. 42(4) because PSC Group LLC is a foreign limited liability company authorized to do business in Louisiana and maintains its principal business establishment in Louisiana in East Baton Rouge Parish.

### III.

### Parties.

6.      Plaintiff Aaron Chenevert is an individual of the full age of majority who is domiciled in St. Bernard Parish, Louisiana.

7.      Defendant PSC Group LLC is a foreign limited liability company authorized to do and doing business in the State of Louisiana. Its principal business establishment in Louisiana is located in East Baton Rouge Parish. It may be served through its registered agent for service of process, Registered Agent Solutions, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

8.      Defendant Stolthaven New Orleans L.L.C. is a domestic limited liability company organized under the laws of Louisiana. It may be served through its registered agent for service of process, C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

9.      Defendant Stolt-Nielsen USA Inc. is a foreign corporation authorized to do and doing business in the State of Louisiana. Its principal business establishment in Louisiana is located in Plaquemines Parish. It may be served through its registered agent for service of process,

2

Certified True and
Correct Copy
CertID: 2026030300782

*Colette Birks*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/3/2026 3:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816. This defendant, along with Stolthaven New Orleans L.L.C., are the "Stolthaven Entities."

### IV.

### Factual Background.

10.     At all times relevant, the Stolthaven New Orleans rail terminal, located in Braithwaite, Louisiana (the "rail terminal"), was a facility for the loading, unloading, cleaning, storing, and preparing of railcars as part of the overall rail transport of products for members of the public. At all times relevant, as owners, operators, managers, and supervisors of the rail terminal, Defendants were acting as common carriers by railroad and were engaged in interstate commerce.

11.     On or about February 24, 2025, Plaintiff Aaron Chenevert was working at the rail terminal performing tasks necessary for ongoing railroad operations, including cleaning and maintenance of the rail yard to ensure the safe and efficient movement of railcars.

12.     Specifically, Mr. Chenevert was tasked with clearing a blockage in a pump sump located within a ground drain in the rail yard area of the rail terminal.

13.     Due to Defendants' negligence, recklessness, and culpable conduct, Mr. Chenevert fell into a pool of boiling hot water. As a direct result, Mr. Chenevert suffered severe, excruciating, and permanently disfiguring burns to his foot, ankle, and leg.



### V.

### Claim for Relief.

3

Colette Birks

**Certified True and Correct Copy**
CertID: 2026030300782

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/3/2026 3:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

**A.    *Federal Employers' Liability Act (45 U.S.C. § 51, et seq.)***

14.    Plaintiff repeats and re-alleges each allegation contained above.

15.    This claim is brought exclusively under FELA.

16.    At all times relevant, Defendants were owners, operators, managers, and/or supervisors of the Stolthaven New Orleans rail terminal. At all relevant times, Defendants held themselves out to the public as engaged in the business of transportation of property from place to place for compensation, offering their services to the public generally. At all relevant times, the rail terminal's business operations involved actual performance of rail service. At all relevant times, the service being performed was part of the total rail service contracted for by a member of the public. At all relevant times, Defendants performed their shipping services as part of a system of interstate rail transportation by virtue of a contractual relationship with a railroad and received remuneration for the services performed.

17.    Overall, based on the nature of the work performed, the services provided, and the business operations of the rail terminal, Defendants were common carriers by railroad engaged in interstate commerce, making FELA applicable. The work being performed by Defendants and by Plaintiff at the rail terminal was in furtherance of and directly and substantially affected interstate commerce.

18.    At all relevant times, Defendants acted as common carriers for a facility that linked two or more common carriers (including rail, trucking, and marine), thereby becoming a vital part of the total interstate common carrier system.

19.    For purposes of FELA, and with respect to the operational railroad work being performed at the rail terminal, Defendants were acting as agents, servants, joint venturers, and/or alter egos of the railroad common carrier(s). The work performed by Defendants and their employees, including Mr. Chenevert, was operational and essential to the railroading activities being conducted at the rail terminal, and involved the railroad's non-delegable duty to maintain its equipment and worksites in a reasonably safe condition.

20.    Defendants require employees at the facility to perform railroad work including transloading, inspecting railcars, moving railcars along facility owned rail tracks, and keeping tracks clear for rail terminal operations. At the time of the incident that caused his injuries, Plaintiff was performing work substantially related to rail services.

4

*Colette Birks*

**Certified True and Correct Copy**
CertID: 2026030300782

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/3/2026 3:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

21.     At the time of the incident, Mr. Chenevert was the dual-employee of Defendants, borrowed servant of Defendants, and/or subservant of a company that in turn served the Defendants. Defendants exercised substantial operational control over Mr. Chenevert's day-to-day work at the rail terminal, including directing the manner and method of the tasks assigned, controlling the work area and equipment, and supervising or coordinating the work being performed.

22.     As an employee of Defendants, Mr. Chenevert was entitled to the full protections of FELA, and Defendants owed Mr. Chenevert the duties applicable under FELA, including the duty to provide a safe place to work.

23.     Defendants, acting individually and collectively as agents of the common carrier by railroad, breached their duties under FELA to provide Mr. Chenevert with a reasonably safe place to work. Their failures, which caused or contributed in whole or in part to Mr. Chenevert's injuries, include but are not limited to the following acts and omissions:

    a.     Failing to provide a reasonably safe place to work;

    b.     Failing to properly inspect the work area for hazards;

    c.     Failing to warn Mr. Chenevert of the presence of boiling water in the pump sump;

    d.     Causing or allowing the pump sump to be filled with boiling hot water, creating an extreme and hidden danger;

    e.     Failing to provide adequate training and supervision for the task of clearing blocked sumps;

    f.     Failing to implement adequate safety procedures, such as a lock-out/tag-out procedure for steam or hot water lines connected to the drainage system;

    g.     Failing to provide necessary and proper tools and equipment to perform the job safely; and

    h.     Other acts and omissions to be shown at trial.

## VI.

### Prayer for Relief.

24.     As a direct and proximate result of Defendants' conduct, Plaintiff suffered severe and permanent injuries. Thus, Plaintiff brings this action for damages, which include, but are not

5



**Certified True and Correct Copy**
CertID: 2026030300782

*Colette Birks*
_____
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/3/2026 3:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

limited to, physical pain and suffering, mental pain, anguish, and distress, loss of enjoyment of life, impairment, loss of earnings and earning capacity, and medical expenses.

25.    Plaintiff prays that Defendants be cited to appear and answer this Petition and that after due proceedings be had, that there be relief and judgment entered herein against Defendants as pleaded above and as follows:

    a.    Compensatory damages;

    b.    Pecuniary damages;

    c.    Exemplary damages;

    d.    Consequential damages;

    e.    Pain and suffering;

    f.    Past and future mental anguish;

    g.    Impairment;

    h.    Past and future economic loss;

    i.    Interest on damages (pre- and post-judgment) in accordance with the law;

    j.    Recoverable court costs; and

    k.    Such other and further relief as the Court may deem just and proper.

## VII.

### Reservation of Rights.

26.    Plaintiff reserves the right to prove the amount of damages at trial and to amend this Petition to add additional claims upon further discovery and as investigation continues.

## VIII.

### Jury Trial Demand.

27.    Plaintiff hereby demands a trial by jury.

    Respectfully submitted,

    **ARNOLD & ITKIN**

    */s/ Noah M. Wexler*
    Noah M. Wexler
    Bar Roll No. 34955
    Cory D. Itkin, *pro hac vice anticipated*
    Texas State Bar No. 24050808
    Daniel J. Cassee, *pro hac vice anticipated*
    Texas State Bar No. 24141820
    6009 Memorial Drive
    Houston, Texas 77007
    Telephone: (713) 222-3800
    Facsimile: (713) 222-3850
    e-service@arnolditkin.com

6

Certified True and Correct Copy
CertID: 2026030300782

*Colette Birks*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/3/2026 3:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

nwexler@arnolditkin.com
citkin@arnolditkin.com
dcassee@arnolditkin.com
coryteam@arnolditkin.com

-and-

**CLAYTON, FRUGE, WARD, & HENDRY**

A.M. "Tony" Clayton (#21191)
Michael P. Fruge (#26287)
Richard J. Ward, III (#32267)
Michael C. Hendry (#35819)
Brilliant P. Clayton (#36829)
Burgundy C. Hammond (#38646)
3741 LA Hwy 1 South
Port Allen, Louisiana 70767
Telephone: (225) 344-7000
Facsimile: (225) 383-7631
michaelfruge@claytonfrugelaw.com

**ATTORNEYS FOR PLAINTIFF**

7

Colette Birks

**Certified True and Correct Copy**
CertID: 2026030300782

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/3/2026 3:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A

**PLEASE SERVE DEFENDANTS AS FOLLOWS:**

Defendant PSC Group LLC
c/o registered agent, Solutions, Inc.,
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

Defendant Stolthaven New Orleans L.L.C.
c/o registered agent, C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

Defendant Stolt-Nielsen USA Inc.
c/o registered agent, C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

8



*Colette Birks*

.Certified True and
· Correct Copy
CertID: 2026030300782

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/3/2026 3:54 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EXHIBIT A



**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
5301 Southwest Parkway, Suite 400
Austin, TX 78735

**Phone:** (888) 705-7274

## SERVICE OF PROCESS RECEIPT

3/9/2026

John Leggett
**PSC GROUP LLC**
5025 Preston Avenue
Pasadena, TX 77505 USA

### NOTICE OF CONFIDENTIALITY

This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

### RE: PSC GROUP LLC

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A Summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer: ARNOLD & ITKIN

### SERVICE INFORMATION
Service Date:      3/9/2026
Service Time:      12:38 PM CDT
Service Method: Process Server

### RASi REFERENCE INFORMATION
Service No.: 0434352
RASi Office:  Texas
Rec. Int. Id.:  AXS

### CASE INFORMATION
Case Number: C-774568
File Date:        03/03/2026
Jurisdiction:    19TH JUDICIAL DISTRICT COURT, EAST BATON ROUGH PARISH,
Case Title:      AARON CHENEVERT VS. PSC GROUP LLC, ET AL.

### ANSWER / APPEARANCE INFORMATION

21 days      *(Be sure to review the document(s) for any required response dates)*

### AGENCY / PLAINTIFF INFORMATION
Firm/Issuing Agent: ARNOLD & ITKIN
Attorney/Contact:   NOAH M. WEXLER
Location:            Texas
Telephone No.:      713-222-3800

### DOCUMENT(S) RECEIVED & ATTACHED
Summons
Demand for Jury Trial
Petition: ORIGINAL
OtherDetail: REQUEST FOR NOTICE
Order: JURY

### ADDITIONAL NOTES:
MULTIPLE ATTORNEYS FOR THE PLAINTIFF ARE LISTED, PLEASE REVIEW.

**Questions?** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

EXHIBIT A

**SERVICE COPY**





**D18738526**

# CITATION

| | |
|---|---|
| **AARON CHENEVERT**<br>(Plaintiff) | **NUMBER C-774568  "22"** |
| | |
| **VS** | **19TH JUDICIAL DISTRICT COURT** |
| | |
| **PSC GROUP LLC, ET AL**<br>(Defendant) | **PARISH OF EAST BATON ROUGE**<br><br>**STATE OF LOUISIANA** |

TO:   **DEFENDANT PSC GROUP LLC**
        **C/O REGISTERED AGENT, SOLUTIONS, INC.,**
        **3867 PLAZA TOWER DRIVE**
        **BATON ROUGE, LOUISIANA 70816**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 3, 2026.**



*Colette Birks*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: WEXLER, NOAH M.**
*The following documents are attached:

**PLAINIFF'S ORIGINAL PETITION, REQUEST FOR NOTICE, ORDER**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

**RECEIVED**
**DATE**

**MAR 0 4 2026**

**E.B.R. Sheriff's Office**

EXHIBIT A