ELECTRONICALLY FILED
2025 Apr 10 12:22 PM
00069629
Plaquemines Parish LA - 25th JDC
Kim Turlich-Vaughan, Clerk of Court

**25** th JUDICIAL DISTRICT COURT OF PLAQUEMINES PARISH

STATE OF LOUISIANA

NO. ___69629___                              Division ___A___

**AARON CHENEVERT**

**VS.**

**STOLTHAVEN NEW ORLEANS, L.L.C. and
STOLT-NIELSEN USA INC.**

FILED: _____          _____
                                                    DEPUTY CLERK

### PLAINTIFF'S PETITION FOR DAMAGES

1.     Plaintiff, Aaron Chenevert, files this Petition for Damages against Defendants, Stolthaven New Orleans, L.L.C. and Stolt-Nielsen USA Inc. ("Defendants"), and for cause of action would respectfully show the Court the following:

### I.

### JURISDICTION AND VENUE

#### I-A.

2.     This Court has subject matter jurisdiction over this controversy and jurisdiction over Defendants because Defendants are citizens of, reside in, and/or have continuous and systematic contacts with the State of Louisiana.

3.     This case is not removable to federal court. There is no diversity jurisdiction, and no removable federal claims alleged. Any removal would be in bad faith and sanctionable.

#### I-B.

4.     Venue in this parish is proper under the Louisiana Code of Civil Procedure because an action against a domestic limited liability company shall be brought in the parish where its registered office is located. LA. CODE CIV. PROC. ANN. ART. 42(2).

EXHIBIT J

ELECTRONICALLY FILED
2025 Apr 10 12:22 PM
00069629
Plaquemines Parish LA - 25th JDC
Kim Turlich-Vaughan, Clerk of Court

## II.

## PARTIES

5.    Plaintiff Aaron Chenevert is a natural person who resides in St. Bernard Parish, Louisiana.

6.    Defendant Stolthaven New Orleans, L.L.C. is a limited liability corporation with its registered office in Plaquemines Parish. It is a Louisiana citizen. Defendant Stolthaven New Orleans, L.L.C. may be served with process through its registered agent, CT Corporation System, 3867 Plaza Tower Drive Baton Rouge, Louisiana 70816.

7.    Defendant Stolt-Nielsen USA Inc. is a Delaware entity with its principal business establishment in Plaquemines Parish. It is a foreign corporation that regularly does business in Louisiana. Defendant Stolt-Nielsen USA Inc. may be served with process through its registered agent, CT Corporation System, 3867 Plaza Tower Drive Baton Rouge, Louisiana 70816.

## III.

## NATURE OF THE ACTION

8.    This lawsuit is necessary as a result of serious personal injuries that Plaintiff sustained on or about February 24, 2025. On this date, Plaintiff was working at the Stolthaven New Orleans terminal owned, operated, and/or controlled by Defendants in Braithwaite, Louisiana. While Plaintiff was performing his work at the direction of Defendants, he slipped into a drain containing boiling hot fluid. As a result, Plaintiff suffered severe injuries to his body, including second and third-degree burns to his foot, ankle, and lower leg.

2

EXHIBIT J

ELECTRONICALLY FILED
2025 Apr 10 12:22 PM
00069629
Plaquemines Parish LA - 25th JDC
Kim Turlich-Vaughan, Clerk of Court

## II.

## PARTIES

5.    Plaintiff Aaron Chenevert is a natural person who resides in St. Bernard Parish, Louisiana.

6.    Defendant Stolthaven New Orleans, L.L.C. is a limited liability corporation with its registered office in Plaquemines Parish.  It is a Louisiana citizen.  Defendant Stolthaven New Orleans, L.L.C. may be served with process through its registered agent, CT Corporation System, 3867 Plaza Tower Drive Baton Rouge, Louisiana 70816.

7.    Defendant Stolt-Nielsen USA Inc. is a Delaware entity with its principal business establishment in Plaquemines Parish.  It is a foreign corporation that regularly does business in Louisiana.  Defendant Stolt-Nielsen USA Inc. may be served with process through its registered agent, CT Corporation System, 3867 Plaza Tower Drive Baton Rouge, Louisiana 70816.

## III.

## NATURE OF THE ACTION

8.    This lawsuit is necessary as a result of serious personal injuries that Plaintiff sustained on or about February 24, 2025.  On this date, Plaintiff was working at the Stolthaven New Orleans terminal owned, operated, and/or controlled by Defendants in Braithwaite, Louisiana.  While Plaintiff was performing his work at the direction of Defendants, he slipped into a drain containing boiling hot fluid.  As a result, Plaintiff suffered severe injuries to his body, including second and third-degree burns to his foot, ankle, and lower leg.

EXHIBIT J

ELECTRONICALLY FILED
2025 Apr 10 12:22 PM
00069629
Plaquemines Parish LA - 25th JDC
Kim Turlich-Vaughan, Clerk of Court



**IV.**

**CAUSES OF ACTION**

*Negligence Against Defendants*

9.    Defendants' negligence and negligence *per se* proximately caused Plaintiff's injuries for the following reasons:

      a.    failure to properly supervise their crew;

      b.    failure to properly train their employees;

      c.    failure to provide an adequate crew;

      d.    failure to provide a safe work environment;

      e.    failure to implement adequate safety procedures;

      f.    failure to properly operate its equipment;

      g.    failure to provide adequate safety equipment;

      h.    failure to provide adequate job equipment;

      i.    failure to provide timely and adequate medical treatment;

      j.    failure to maintain and provide proper equipment;

      k.    failure to maintain the job site;

EXHIBIT J

ELECTRONICALLY FILED
2025 Apr 10 12:22 PM
00069629
Plaquemines Parish LA - 25th JDC
Kim Turlich-Vaughan, Clerk of Court

l.    failure to prudently plan and supervise the job;

m    failure to protect crew members and others from unnecessary risks;

n.    failure to follow safe work practices;

o.    failure to provide a safe workplace;

p.    operating its equipment in an improper and unsafe manner;

q.    failure to maintain, inspect, and/or repair its equipment;

r.    failure to provide adequate warning of known and/or potential hazards;

s.    knowingly created a hazardous working environment;

t.    failure to correct known and/or potential hazards;

u.    vicariously liable for their employee's negligence;

v.    violating applicable state, federal, OSHA, and/or other applicable rules and regulations; and

w.    other acts deemed negligent and negligent *per se*.

**Premises Liability Against Defendants**

10.    Plaintiff repeats and realleges each allegation contained above.

11.    Defendants owned, occupied, and controlled the plant and area of the plant where Plaintiff was injured.

12.    The condition of the area where Plaintiff was injured posed unreasonable risks of harm due to, among other things, the presence of hazardous materials and/or conditions. Defendants actually knew or reasonably should have known of the unreasonably dangerous conditions.

13.    Plaintiff did not know of the unreasonably dangerous conditions. Plaintiff was an invitee who entered the premises for the benefit of Defendants and with its knowledge.

4

EXHIBIT J

ELECTRONICALLY FILED
2025 Apr 10 12:22 PM
00069629
Plaquemines Parish LA - 25th JDC
Kim Turlich-Vaughan, Clerk of Court

Defendants owed a duty to inspect and warn of the unreasonably dangerous conditions or make those conditions reasonably safe. Defendants breached these duties by not removing the hazardous conditions, warning Plaintiff of the known, unreasonably dangerous conditions, and by not making these conditions reasonably safe. These actions, in the exercise of reasonable care, would have prevented Plaintiff's injuries in whole or in part. Defendants also breached its duties by creating the dangerous conditions.

14.    Defendants' breaches of these duties were the cause in fact and legal cause of Plaintiff's injuries.

### V.

### DAMAGES

15.    As a direct and proximate cause of Defendants' conduct, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment, and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will continue to incur pharmaceutical and medical expenses in connection with his injuries.

16.    Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues.

### VI.

### JURY DEMAND

17.    Plaintiff hereby requests a trial by jury on all claims.

### VII.

EXHIBIT J

ELECTRONICALLY FILED
2025 Apr 10 12:22 PM
00069629
Plaquemines Parish LA - 25th JDC
Kim Turlich-Vaughan, Clerk of Court

## PRAYER

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants, both jointly severally, and in *solido* in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, exemplary damages, and all such other and further relief, to which he may show himself justly entitled.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah M. Wexler*
Noah M. Wexler
LA Bar Roll No. 34995
Cory D. Itkin (*Pro Hac Vice to be filed*)
Texas Bar No. 24050808
Alexandra F. Poulson (*Pro Hac Vice to be filed*)
Texas Bar No. 24130390
Jonathan J. Mack Jr. (*Pro Hac Vice to be filed*)
Texas Bar No. 24141863
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
citkin@arnolditkin.com
apoulson@arnolditkin.com
jmack@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

6

EXHIBIT J

ELECTRONICALLY FILED
2025 Apr 10 12:22 PM
00069629
Plaquemines Parish LA - 25th JDC
Kim Turlich-Vaughan, Clerk of Court

**PLEASE SERVE DEFENDANTS AS FOLLOWS:**

Defendant Stolthaven New Orleans, L.L.C.
c/o Registered Agent,
CT Corporation System,
3867 Plaza Tower Drive Baton Rouge, Louisiana 70816.

Defendant Stolt-Nielsen USA Inc.
c/o Registered Agent,
CT Corporation System,
3867 Plaza Tower Drive Baton Rouge, Louisiana 70816.

7

EXHIBIT J